**Douglas Borthwick, Esq.**
**State Bar Number: 176372**
17221 E. 17th St., Suite H
Santa Ana, CA 92705
Telephone: [714] 486-2160
Facsimile: [714] 486-2153
E-mail: douglas_borthwicklaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIDEL RODRIGUEZ**, | Case No.: 8:17-cv-00766 |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **JULIO'S AUTO SERVICE et al.,** | |
| Defendants | |

TO ALL PARTIES IN INTEREST:

    NOTICE IS HEREBY GIVEN that plaintiff FIDEL RODRIGUEZ has reached a full and comprehensive settlement of this civil action with mutual general releases.

    The settlement has been reached involving the plaintiff and the named defendants.

    The parties are awaiting final execution and signing of the settlement paperwork.

DATED: 11-22-2017

                              */s/ Douglas Borthwick*
                              Douglas Borthwick, Esq.
                              Attorney for plaintiff

1

**NOTICE OF SETTLEMENT**